# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

Case No.   **SACV 18-01070 JVS(JDEx)**                    Date   August 20, 2018

Title   **A.J., et al. v. Marriott Vacations Worldwide Corporation, et al.**

---

Present: The Honorable   James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   **(In Chambers)   Order Denying Plaintiffs' Motion to Remand**

On July 24, 2018, Plaintiffs and Cross-Defendants Shari Johnson and David Johnson ("Plaintiffs") filed a motion to remand the present case to state court. (Mot., Docket No. 12.) Defendants and Cross-Complainants Marriott Resorts Hospitality Corporation, Marriott Vacations Worldwide Corporation, and Marriott Ownership Resorts, Inc. ("Defendants") filed an opposition. (Opp'n, Docket No. 13.) Plaintiffs replied. (Reply, Docket No. 15.)

Plaintiffs' notice of motion states: "This motion will be based on this Notice of Motion and Motion, the Memorandum of Points and Authorities filed herewith, the Declaration of Michelle M. West filed herewith, and the pleadings and papers filed herein. The Rule 7-3 conference took place on July 23, 2018. (Mot., Docket No. 12 at23.)

Local Rule 7-3 requires that the parties meet and confer "at least seven (7) days prior to the filing of the motion." If the parties cannot resolve the issue, then the counsel for the moving party must include in the notice of motion the following statement: "[t]his motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on (date)." Id. Plaintiffs failed to comply with Local Rule 7-3. The parties met and conferred only one day prior to the filing of this motion.

Accordingly, the motion to remand is denied without prejudice for failing to comply with Local Rule 7-3. The August 27, 2018 hearing is vacated. The motion may be re-noticed so long as the renewed motion complies with the Federal Rules of Civil Procedure and this Court's Local Rules, including Local Rule 7-3.

### IT IS SO ORDERED.

|   | : | 00 |
|---|---|---|
| Initials of Preparer | kjt |  |